IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY JOHNSTON | * | |
|     PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| DEBT RECOVERY SOLUTIONS, LLC | * | COMPLAINT AND |
|     DEFENDANT | * | DEMAND FOR A JURY TRIAL |

# COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. §1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Plaintiff, Terry Johnston (hereinafter referred to as "Mr. Johnston" or "plaintiff"), is a natural person who resides in East Baton Rouge Parish, state of Louisiana. and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Debt Recovery Solutions, LLC (hereinafter referred to as "DRS" or "defendant") is a debt collection agency conducting business in the state of Louisiana and is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is Lexis Document Services Inc., 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.  Defendant, at all times relevant hereto, regularly attempted

to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On or about September 18, 2006, defendant mailed or caused to be mailed a letter to Mr. Johnston attempting to collect a debt allegedly owed by him to Sprint-PCS in the amount of $445.57.

6. The alleged debt arose out of the use of a cell phone which was primarily for personal, family or household purposes.

7. The September 18, 2006 letter was the initial written communication to Mr. Johnston regarding this alleged debt from defendant.

8. Exhibit A contained language purporting to contain the validation notice required by section 1692g(a) of the FDCPA.

9. On or about October 3, 2006, Mr. Johnston mailed a written dispute letter to defendant, which was signed for by defendant on October 10, 2006.

10. Thereafter, defendant has never provided verification of this alleged debt to Mr. Johnston as required by section 1692g(b) of the FDCPA.

11. Defendant thereafter mailed additional collection letters to Mr. Johnston demanding payment of this alleged debt on the following dates: October 23, 2006, November 16, 2006, December 11, 2006, January 3, 2007, and January 29, 2007.

## **VIOLATIONS OF THE FDCPA**

12. Defendant violated numerous provisions of the FDCPA including but not limited to section 1692g.

13. Defendant is liable to plaintiff for his actual damages, additional damages,

attorney's fees, and costs.

WHEREFORE, plaintiff respectfully requests that judgment be entered against defendant, Debt Recovery Solutions, LLC, for actual damages, additional damages, attorney's fees, costs, and for such other and further relief as may be just and proper.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com
