IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY JOHNSTON | * |
|     PLAINTIFF | * |
| VS. | *  CIVIL ACTION NO. |
| | *  07-573-FJP-SCR |
| | * |
| DEBT RECOVERY SOLUTIONS, LLC | * |
|     DEFENDANT | * |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

NOW INTO COURT, through undersigned counsel, comes Terry Johnston, plaintiff herein, who dismisses this matter pursuant to Rule 41(a)(1)(i), with prejudice.

BY ATTORNEY:

*Approved*
*Frank J. Shlosh*
*Dec. 3, 2007*

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com

